Donald B. MacNeal, Inc., Appellee, v. Timber Structures, Inc., Appellant.

Gen. No. 46,532.

First District, Third Division.

June 22, 1955.

Rehearing denied July 13, 1955.

Released for publication July 15, 1955.

Samuel Levin, for appellant; Jesse H. Brown, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.